(UNDER SEAL)

ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California  92701
    Telephone:  (714) 338-3538
    Facsimile:  (714) 338-3708
    Email: joshua.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE
EXTRADITION OF

DOUGLAS WAYNE SCHNEIDER,

A fugitive from the
government of Canada.

) No. **SA14-089M**
)
) GOVERNMENT'S EX PARTE
) APPLICATION FOR ORDER SEALING
) DOCUMENTS, RELATED ORDER, AND
) RETURN; MEMORANDUM OF POINTS
) AND AUTHORITIES; DECLARATION OF
) JOSHUA M. ROBBINS
)
) **(UNDER SEAL)**

    The United States of America hereby applies ex parte for an order directing that the government's Complaint for Provisional Arrest Warrant and Extradition, Order thereon, and the Return, together with this ex parte application, the accompanying memorandum of points and authorities, the Declaration of Joshua M. Robbins, and

1

this court's sealing order, be kept under seal until the arrest of the fugitive, DOUGLAS WAYNE SCHNEIDER.

This ex parte application is based on the attached memorandum of points and authorities and the attached Declaration of Joshua M. Robbins.

Dated: February 25, 2014          Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

DENNISE D. WILLET
Assistant United States Attorney
Chief, Santa Ana Branch Office

/s/

JOSHUA M. ROBBINS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MEMORANDUM OF POINTS AND AUTHORITIES

The government has prepared a Complaint for Provisional Arrest Warrant and Extradition of DOUGLAS WAYNE SCHNEIDER ("SCHNEIDER"), a fugitive from the Government of Canada. Public filing of the Complaint and documents filed concurrently, including this ex parte application and order thereon, would tend to compromise the investigation, in that the target or subject of the investigation, SCHNEIDER, would be able to learn of the government's investigation and thus either abscond or frustrate the purposes of the investigation.

The Ninth Circuit has recognized that there is not a First Amendment right of access to search warrant proceedings and materials while a pre-indictment investigation is ongoing. Times Mirror Co. v. United States, 873 F.2d 1210, 1216 (9th Cir. 1989). The Ninth Circuit stated that if the proceeding at issue there were open to the public, "there would be the obvious risk that the subject of the search warrant would learn of its existence and destroy evidence of criminal activity before the warrant could be executed" and "persons identified as being under suspicion of criminal activity might destroy evidence, coordinate their stories before testifying, or even flee the jurisdiction." Id. at 1215. Those same interests are implicated here. The underlying document describes an ongoing investigation where no charges have been filed against the target in the Central District of California, although fraud charges have been filed against her in Canada.

Accordingly, the government requests that the Complaint, order thereon, the Return, and this ex parte application, the

accompanying memorandum of points and authorities, the Declaration of Joshua M. Robbins, and this court's sealing order of these documents and related orders, be kept under seal until the arrest of the fugitive.

Should the court deny this ex parte application, the government requests that the sealing application be filed under seal, but that the underlying document and the related proposed orders be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

Dated: February 25, 2014       Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

DENNISE D. WILLET
Assistant United States Attorney
Chief, Santa Ana Branch Office

_____
JOSHUA M. ROBBINS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF JOSHUA M. ROBBINS

I, Joshua M. Robbins, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California, representing the government and acting on behalf of the Government of Mexico in the above-captioned case, which includes the filing of a complaint seeking a provisional arrest warrant for SCHNEIDER, a fugitive from the Government of Canada.

2.  The complaint, proposed order thereon, return of the requested arrest warrant, and this ex parte application relate to and describe an ongoing investigation into SCHNEIDER's fraudulent activity.  No charges have been filed against SCHNEIDER in the Central District of California, though fraud charges have been filed against him in Canada and a warrant has been issued in the Province of Alberta for his arrest.  Public filing of these documents and the order regarding the relief sought in this application would tend to compromise the investigation, in that SCHNEIDER would be able to learn of the government's investigation and thus either abscond or frustrate

//
//
//
//
//
//
//

3

the purposes of the investigation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 25th day of February, 2014, at Santa Ana, California.

_____
JOSHUA M. ROBBINS

4