ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California  92701
     Telephone:  (714) 338-3538
     Facsimile:  (714) 338-3708
     Email: joshua.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE         )  No. SA14-089M
EXTRADITION OF               )
                             )  [PROPOSED] ORDER
DOUGLAS WAYNE SCHNEIDER,     )  SEALING DOCUMENTS
                             )
A fugitive from the government )  (UNDER SEAL)
of Canada.                   )
                             )
                             )

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's ex parte application for sealed filing is GRANTED.  The government's Complaint for Provisional Arrest Warrant and Extradition; Orders thereon; and the Return, together with this ex parte application, the accompanying memorandum of points and authorities, the Declaration of Joshua M. Robbins, and this court's sealing order, shall be kept under

//

//

1 | seal until the arrest of the fugitive.
2 | DATED: 2/26/14

**JEAN P. ROSENBLUTH**

HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

OR IN CASE OF DENIAL:

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents and the related proposed orders shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

2