ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JOSHUA M. ROBBINS (Cal. State Bar No.: 270553)
Assistant United States Attorney
     8000 United States Courthouse
     411 West Fourth Street
     Santa Ana, California  92701
     Telephone:  (714) 338-3538
     Facsimile:  (714) 338-3708
     Email: joshua.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF DOUGLAS WAYNE SCHNEIDER, A fugitive from the Government of Canada. | No. ORDER SA14-089M (UNDER SEAL) |
|---|---|

BEFORE ME, a United States Magistrate Judge for the Central District of California, the complainant herein, Joshua M. Robbins, an Assistant United States Attorney for the Central District of California, personally appeared on the 26th day of February, 2014, and being duly sworn, deposed and stated on information and belief that the facts contained in the complaint for an arrest warrant are true, as he verily believes.

//
//
//

1   IT IS HEREBY ORDERED, based on probable cause, that a warrant
2   for the arrest of DOUGLAS WAYNE SCHNEIDER may issue, pursuant to the
3   Extradition Treaty between the United States of America and Canada,
4   the Canadian extradition request, and 18 U.S.C. § 3184.
5   DATED: This 26th day of February, 2014.

**JEAN P. ROSENBLUTH**
_____
UNITED STATES MAGISTRATE JUDGE