**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><u>Douglas Wayne Schneider</u><br><br>Defendant. | <u>Southern</u> Division<br>Case #: <u>8:14-MJ-00089</u><br>Initial App. Date: <u>02/28/2014</u><br>Time: <u>2:00 PM</u><br><br>Date Filed: <u>02/28/2014</u><br>Violation: <u>18 USC 1029</u><br>CourtSmart/Reporter: <u>CS 2/28/14</u> | <u>Extradition</u><br>Custody |

| **PROCEEDINGS HELD BEFORE UNITED STATES** | **CALENDAR/PROCEEDINGS SHEET** |
|---|---|
| **MAGISTRATE JUDGE:** <u>Robert N. Block</u> | **LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**   Kerri Hays   /   Joshua Robbins   /   None
                *Deputy Clerk*   *Assistant U.S. Attorney*   *Interpreter/Language*

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review

[✓] Defendant states true name is as charged.

[✓] Defendant advised of consequences of false statement in financial affidavit.

[✓] Attorney: Cuauhtemoc Ortega  [✓] DFPD,  [✓] Appointed

[✓] Government's request for detention is: <u>GRANTED.</u>

[✓] Defendant is ordered: Permanently Detained

[✓] Case continued to (Date) May 9, 2014 at 2:00 PM

[✓] Type of Hearing: <u>Status Confrerence</u> Before Judge <u>Block</u> / Duty Magistrate Judge.

[✓] Proceedings will be held in the <u>Duty Courtroom 6B</u>

[✓] Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: <u>klh</u>
00 : 06