## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: SA14 - 089M |
|---|---|
| v. DOUGLAS WAYNE SCHNEIDER  DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 28 February 2014   0915       ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☑     No ☐
3. Charges under which defendant has been booked:
   18 USC 1029
4. Offense charged is a:  ☑ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes     ☑ No        ☐ Unknown
6. Interpreter Required: ☑ No     ☐ Yes: _____ (Language)
7. Year of Birth: 1957
8. The defendant is:  ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel?   ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?     ☐ No
    ☑ If yes, please list Officer's Name: Duty Officer    Time: 1100   AM / PM
14. Remarks (if any): _____

15. Date: 28 February 2014            16. Name: C Burtt           (Please Print)
17. Agency: USMS                      18. Signature: [signature]
19. Office Phone Number: 714-338-4610

CR-64 (06/09)               REPORT COMMENCING CRIMINAL ACTION